IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01710-AP

VICTOR M. MENDOZA JR.,
       Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,
       Defendant.

JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Rachael A. Lundy, Esq. | John F. Walsh |
| 402 W. 12th Street | United States Attorney |
| Pueblo, Colorado 81003 | |
| 719-543-8636 | J.B. García |
| seckarlaw@mindspring.com | Assistant United States Attorney |
| | District of Colorado |
| | |
| | Stephanie Lynn F. Kiley |
| | Special Assistant United States Attorney |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street, 6th Floor |
| | Denver, Colorado 80202 |
| | (**303) 844-0815** |
| | **Stephanie.kiley@ssa.gov** |

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

  A. Date Complaint Was Filed:  **7/2/12.**
  B. Date Complaint Was Served on U.S. Attorney's Office: **8/27/12.**
  C. Date Answer and Administrative Record Were Filed: **10/26/12.**

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the administrative record is complete and accurate.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, the parties do not believe the case raises unusual claims or defenses.

**7.  OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.  BRIEFING SCHEDULE**

The parties respectfully request the following briefing schedule, which is outside the standard 40 days due to Defendant's workload in December 2012 and January 2013:

  A. Plaintiff's Opening Brief Due:  **1/10/13.**
  B. Defendant's Response Brief Due:  **2/11/13.**
  C. Plaintiff's Reply Brief (If Any) Due: **2/26/13**.

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

     A.    Plaintiff's Statement:  Plaintiff does not request oral argument.
     B.    Defendant's Statement: Defendant does not request oral argument**.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

     A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

     B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 16th day of November, 2012.

                              BY THE COURT:

                              *<u>s/John L. Kane</u>_____*
                              U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|

**s/Rachael A. Lundy**  
Rachael A. Lundy, Esq.  
402 W. 12th Street  
Pueblo, Colorado 81003  
719-543-8636  
seckarlaw@mindspring.com

JOHN F. WALSH  
United States Attorney

WILLIAM G. PHARO  
Assistant United States Attorney  
District of Colorado

**s/Stephanie Lynn F. Kiley**  
By: Stephanie Lynn F. Kiley  
Special Assistant United States Attorney  
Office of the General Counsel  
Social Security Administration  
1001 Seventeenth Street, 6th Floor  
Denver, Colorado 80202  
(303) 844-0815  
Stephanie.kiley@ssa.gov